D. Conn. new haven
01-cv-137 PRIS
Dorsey, J.

# MANDATE

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 22nd day of September, two thousand three,

Present:
    Hon. Pierre N. Leval,
    Hon. Robert D. Sack,
        *Circuit Judges,*
    Hon. Edward Korman,
        *Chief District Judge.*[*]



---

Sidney Wylie,

        Plaintiff-Appellant,

v.

                                  03-0094

John J. Armstrong, et al.,

        Defendants-Appellees.

---

This Court has determined *sua sponte* that it lacks appellate jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See* Fed. R. Civ. P. 54(b). It is therefore ORDERED that the appeal is dismissed. Furthermore, the pending motions for appointment of counsel, *in forma pauperis* status, and consolidation of claims are hereby denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: /s/ Oliva M. George
Oliva M. George, Deputy Clerk

SEP 22 2003

---

[*] Hon. Edward Korman, Chief Judge of the U.S. District Court for the Eastern District of New York, sitting by designation.

SAO FM
A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

ISSUED AS MANDATE: MAR 1 2004