UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jun 18  3 35 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SIDNEY WYLIE

v.

JOHN ARMSTRONG, et al.

PRISONER
CASE NO. 3:01cv137 (PCD) (JGM)

### REVISED SCHEDULING ORDER

The Court of Appeals has dismissed plaintiff's appeal and returned the record to this court. The only remaining claim is that defendants Whidden and Lajoie denied plaintiff medical treatment between December 18, 2000 and January 4, 2001.

The court enters the following revised scheduling order: All discovery shall be completed on or before **August 1, 2004**. Any dispositive motions shall be filed on or before **September 1, 2004**, with the response to be filed on or before **September 22, 2004**.

SO ORDERED this 18th day of June, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE