JUL 15 2004

JUL 1 2004

JUL 1 2004

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

8/16/04

__Sidney Wyue__
Name of Plaintiff/Petitioner

v.                                          Case No. 3:01 CV-137 (PCD)(JGM)

__Major Michael La Joie et al__
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA

1.  Your full name: __Sidney Wyue__

    Your present mailing address: __Garner Correction Institution__
    __P.O. Box 5500, Newtown, Conn. 06470__

    Telephone number: __(    )__

2.  Are you presently employed? YES ____ NO _X_

3.  If your answer to #2 is YES, please provide the name and address of your employer
    and the amount of your usual weekly earnings. _____

    _____

    _____

    Weekly earnings: _____

4.  If you are not presently employed, please provide the name and address of your
    last employer, the date (approximate) that you last worked, and the amount of
    weekly earnings you were receiving. __Min wage – 70 –74 · 2 days__
    __11- 2003, Temporary Labor– 1151 Chapel street, New Haven__

Date last worked: __11- 04__

Weekly earnings: __MIN - 70-74   2 days__

5.  Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? __None__

b) interest, dividends, rents or investments of any kind? __None__

c) gifts or inheritances of any kind? __None__

6.  How much money do you have in any checking or savings account(s)?

Checking: __None__

Savings: __None,__

Prison account: __N One__

7.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?  YES ____  NO __✓__

If YES, describe the property and state the approximate value: _____

_____

_____

8.  How much money do you owe others? __None__

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
| --- | --- |
| | |
| | |
| | |
| | |

9.  List the persons who depend upon you for support, and state your relationship to them.

_____ *None* _____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ____  NO ✓____

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

_____

_____

_____

_____

### NATURE OF YOUR CLAIM.

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____ *Denial of Medical Treatment* ____

_____

3

(Additional space on next page)

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13.   Have you spoken with any attorney about handling your case?   YES  X   NO ___

14.   If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a)   Attorney's name   Frank Sacramone Jr.

   Date you contacted this attorney   MAY 18, 2004

   Method of contact (in person, by telephone, etc.)   I wrote a letter to him at his office

   Reason why attorney was not employed to handle your case   he did not respond,

   _____

   b)   Attorney's name   Paul Barlinghouse

   Date you contacted this attorney   MAY 18. 2004

   Method of contact (in person, by telephone, etc.)   Wrote a Pro-Bono letter asking for representation

   Reason why attorney was not employed to handle your case   He did not respond to my letter

4

c) Attorney's name _Rose Marie Payne_

Date you contacted this attorney _April 2004_

Method of contact (in person, by telephone, etc.) _Wrote a letter to
her office_

Reason why attorney was not employed to handle your case _____
_She not in a position to take on any pro-Bono
Cases._

15. Explain any other efforts you have made to obtain an attorney to handle your case.

Frank Cannatelli  549 Howe Ave, Shelton, CT.

Martha Ann Wiele  500 East Main St., Branford, CT

Hurwitz -Sagarin LLC  Atty Julie Donaldson Kohler - Milford, CT.

Tara Knight  7 Elm Street, New Haven.

Mark E. Salamone -Morrell; 399 Whalley Ave, New Haven.

16. Please provide any other information which supports your application for the court to appoint counsel. _I am presently incarcerated at the Garner
Correctional Inst. in the Mental health Unit - undergoing a
Mental health evaluation - and I am medicated at times
We are not allowed access to the law library - this
Case needs some investigation as a I got a Video tape
as evidence to show i was not giving medical treatment_

17. Do you need a lawyer who speaks a language other than English?
YES ✗   NO ____

If you answered YES, what language do you speak? _____

5

I also Contact

Attorney Diane polan
121 church street
New Haven, CT. 06511

She did not respond to my letters

Karen Lee torres
51 Elm Street
New Haven, Conn.

She did not respond to my letter

Kenneth J. Mastroni
Milano - Wanat LLC
205 Church street 3rd Floor
New Haven, CD. 06510

he did not respond to my letter

I will Continue trying to locate an Attorney for this Case

6

also there are witnesses who will need to be called and cross-examined — also the plaintiff has a hearing and speech impairment and it may be difficult for him to hear the Jury — the witnesses, and for them to understand him

7-6
~~6-30~~-04
DATED

Sidney Wylie

SIDNEY WYLIE
Garner Corr. Inst.
50 NANNAUK ROAD
NEWTOWN, CONN. 06470

I declare under the penalty of perjury that the for going statements herein are true and correct

7    6
~~6~~-30-04
DATED

Sidney Wylie

PLAINTIFF

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

December 3, 2003

*This is to show their New Contract-Policy*

Isschar Howard
#250328
Northern CI
P.O. Box 665
Somers, CT 06071

Dear Mr. Howard:

Thank you for your letter dated October 9, 2003, which was received at Inmates' Legal Assistance Program ("ILAP") on October 15, 2003.

Pursuant to the recently revised contract between ILAP and the State of Connecticut, this office is limited to providing advice as to process and procedure, as well as on the preparation of documents, in cases involving conditions of confinement only. Thus, effective September 1, 2003, ILAP will no longer provide assistance or advice on any civil matter not related to the conditions of confinement. Where ILAP has assisted an inmate with a non-conditions of confinement case prior to September 1, 2003, we will continue to do so until the matter is concluded.

As stated in <u>Jenkins v. Haubert</u>, 179 F.3d 19, 28 (2$^d$ Cir. 1999)(internal citations omitted):

> "Conditions of confinement" is not a term of art; it has a plain meaning. It quite simply encompasses all conditions under which a prisoner is confined for his term of imprisonment. These include terms of disciplinary or administrative segregation such as keeplock or solitary confinement, as well as more general conditions affecting a prisoner's quality of life such as: the revocation of telephone or mail privileges or the right to purchase items otherwise available to prisoners; and the deprivation of exercise, medical care, adequate food and shelter, and other conditions that, if improperly imposed, could violate the Constitution.

Please note that the new terms of our contract also preclude ILAP from providing case law and other materials to inmates when an ILAP attorney has not determined that a *prima facie* case exists. As before, ILAP can only provide advice and assistance when a *prima facie* case can be made against the defendant or defendants. Black's Law Dictionary defines a *prima facie* case as follows:

SCHULMAN & ASSOCIATES

ATTORNEYS AT LAW

10 GRAND STREET

HARTFORD, CONNECTICUT 06106-1596

(860) 522-2960

FAX: (860) 522-0130

SYDNEY T. SCHULMAN*
ROBERT E. SCHULMAN**
JOSEPH M. METZGER

\*  ALSO ADMITTED IN
    MASSACHUSETTS AND MINNESOTA
\*\* ALSO ADMITTED IN
    NEW YORK AND WASHINGTON

MASSACHUSETTS OFFICE:
52 MULBERRY STREET
SPRINGFIELD, MA 01105
(413) 781-5400

INMATES LEGAL ASSISTANCE
78 OAK STREET
HARTFORD, CT 06106
(860) 246-1118

December 24, 2003

*They do not represent Inmates In Court*

Sidney Wylie # 70606
Northern Correctional Institution
P.O. Box665
Somers, CT 06071

Dear Mr. Wylie:

I am in receipt of your letter of December 12, 2003. Essentially, you are correct. My firm is a private law firm engaged in the practice of law. The State contracted with us to provide services to inmates. It is strictly up to the State to decide and determine what services they would like a contractor to perform. Then, it is the State's decision whom they want to contract with to perform those services. In fact, prior to 1995, the State contracted with lawyers to actually go into court to represent inmates. When my firm first contracted with the State in 1995, the contract was changed and was for my firm to <u>not</u> actually go into court to represent inmates, except for women, whom we do represent in court because of a federal court order to the state. This contract was renewed periodically.

Our last contract with the State <u>ended</u> August 31, 2003. After an open bidding process last spring, which included any other law firms in the state which wanted to bid, my firm was awarded a new contract, starting September 1, 2003. The <u>Request for Proposal</u> put out by the state called for law firms <u>only</u> to bid to provide services for inmates in matters dealing with terms and conditions of confinement and <u>not</u> in other civil matters, such as foreclosure, bankruptcy, immigration, or cases against other people such as your case against New Haven. This is a brand <u>new</u> contract, not a reconstruction of the old one. The State made the decision to only buy services from a law firm to represent inmates in matter of terms and conditions of confinement. That is because the state feels that that is the <u>only</u> obligation under the law that it has to inmates; to provide legal assistance to inmates to have meaningful access to courts <u>only</u> in the matters involving terms and conditions of confinement. The State, I understand, does not feel that it has any legal obligation to inmates to provide meaningful access to courts for any other reason.

Since that is all that we have been contracted to do, that is all we can do under the contract. Thus, you are correct. We cannot provide assistance in all of the matters mentioned in your letter. As requested, I am enclosing a copy of our current contract. I am sorry we cannot help you in your matters not pertaining to terms and conditions of confinement.

Very truly yours,

Sydney T. Schulman

STS/lc



**Cannatelli Law Offices**

549 Howe Ave Suite B. Shelton, CT 06484
203/924-6984 Fax: 203/924-9267
Toll Free: 1-866-213-7784
Cannatellilaw@aol.com

Sidney Wylie                                    May 29, 2004
New Haven CI
245 Whalley Ave.,
New Haven, Conn.
06511

Dear Sidney:

Re: your recent letter

I am in receipt of your recent letter. First, if the
police used police dogs to bite you while you have
given up, that is a cruel and unusual punishment case
under the Eighth Amendment.

Normally, when you proceed with a civil rights case,
you plead all rights violated, but understand that
the Courts are leary to allow damages for Fourth
Amendment Violations.

Now, I cannot take every case that comes in. I must
make a business decision. I have not taken every
civil rights case, and nor do I intend to continue
taking whatever comes in. I must make a living
Sidney.

If your matter got dismissed, perhaps the facts were
not alleged properly. I dont know. I do know that
once alleged, it is quite difficult to have a case
dismissed under those grounds.

Anyhow, I wish you well. Keep your head up high. I
regret that I am unable to take this case. Keep
me in mind for others. I promise that at some point
I will be able to help. It is simply not with this
case.

Take-care for now.

                              Yours, very truly,

                              Frank P. Cannatelli

lp/FLPC.

Michael Farrell
Attorney at Law
201 Center St.
West Haven, CT 06516
203-934-8638

April 23, 2004

Sidney Wylie #70606
New Haven Correction
245 Whalley Ave
New Haven, CT 06511

Dear Mr. Wylie:

Thank you for your recent communication.  Unfortunately, due to the large volume of litigation I am presently handling, I am unable to take your case.  I also am returning your materials as you requested.

Sincerely,

Michael P. Farrell

# KNIGHT, CONWAY & CERRITELLI, L.L.C.
## ATTORNEYS AT LAW
7 ELM STREET, 2ND FLOOR LEFT
NEW HAVEN, CONNECTICUT 06510

TARA L. KNIGHT
GLENN M. CONWAY
E. GREGORY CERRITELLI*

*ALSO ADMITTED IN NEW YORK

TELEPHONE: (203) 624-6115
FAX: (203) 624-4791
INTERNET: www.kcc-law.com
EMAIL: info@kcc-law.com

PARALEGAL
SANDRA L. DUDAREVITCH

### PRIVILEGED ATTORNEY-CLIENT CORRESPONDENCE

May 28, 2004

Sidney Wylie
Inmate No. 70606
New Haven Correctional Center
245 Whalley Avenue
New Haven, CT  06511

Re:     **Representation-Pro Bono-Civil Litigation**

Dear Mr. Wylie:

Thank you so much for your letter, but I am a criminal defense lawyer and do not handle civil rights action.  I recommend that you contact any of the three attorneys below, all of who practice in New Haven:

1.     Attorney Karen Torre;
2.     Attorney Norman Pattis; or
3.     Attorney D. Kirt Westfall.

Good luck with your case.

With kindest regards,

Tara L. Knight

TLK: rmh

# LAWYERS
# WITHOUT
# B🌐RDERS

**Lawyers Without Borders**
330 Main Street
Hartford, CT 06106

Tel. 1.860.525.3700
Fax 1.860.525.0287
www.lwob.org

February 17, 2004

Sidney Wylie #70606
Northern Correction Institute
P.O. Box 665
Somers, CT 06071

Dear Mr. Wylie:

Lawyers Without Borders is a non-profit organization that helps Non-Governmental Organizations find counsel. LWOB does not find counsel for individuals looking for pro bono legal assistance under the circumstances you described in your letter.

Yours very truly,

Christina M. Sterm
Executive Director

CMS/cms

LAW OFFICES OF

**Jacobs, Grudberg, Belt & Dow, P.C.**

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691

OUR FILE NUMBER

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
WILLIAM M. BLOSS
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
JOSEPH J. PACKTOR
ROSEMARIE PAINE
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA MORRIS PORTO
EDWARD J. McMANUS
JOSHUA D. LANNING

ISRAEL J. JACOBS (1918-1963)

April 26, 2004

Mr. Sidney Wylie
#70606
New Haven Correction Center
245 Whalley Avenue
New Haven, CT 06511

Dear Mr. Wylie:

I received your letter dated April 22. Unfortunately, I am not in a position to take on any new pro bono cases at this time.

I wish you the best of luck with your litigation.

Very truly yours,

JACOBS, GRUDBERG, BELT & DOW, P.C.

By _____
Rosemarie Paine

RP/daa

**JEREMIAH DONOVAN**

ATTORNEY AT LAW

123 Elm Street, Unit 400

Post Office Box 554

Old Saybrook, Connecticut 06475

ALSO ADMITTED IN NEW YORK

(860) 388-3750

FAX 388-3181

July 12, 2004

Mr. Sidney Wylie
Garner Correctional Institution
P.O. Box 5550
Newtown, CT 06470

Re: Request for legal assistance

Dear Mr. Wylie:

Thank you for your recent letter requesting our legal
assistance. It is a great compliment to our office that you should
seek out our aid. Unfortunately, I have to report to you that Mr.
Donovan receives roughly one written request each week (and
sometimes considerably more) from people who have heard of his
reputation and hope that he will represent them pro bono -- that
is, for free, as a public service. Because of the number of
requests, and because Mr. Donovan already donates a large number
of hours to pro bono activities, we simply have to decline these
requests, even though many of them seem worthwhile. He simply
would not have time to devote to your matter the attention it
deserves.

Again, we thank you for considering entrusting our office with
the very serious matter that you have described to us, and we hope
and pray that you will be able to reach a just and satisfactory
resolution of the matter.

Sincerely yours,

Tracy J. Masterson
Assistant to Mr. Donovan

Garner Correction Inst.
50 Nannauk Road
Newtown, Conn. 06470

Inmates Legal Assistance Program
78 Oak Street
Hartford, Conn. 06126-0237

July 6, 2004

RE: LEGAL ASSISTANCE — WYLIE V. ARMSTRONG, et al
MICHAEL LAJOIE —         3:01 CV. 137 CPCD) (JGM)

Dear Legal Assistance

I am writing at the order of the U.S. District Court Pursuant to my Motion for appointment of Counsel in the above CAPTION action — although Legal Assistance Cannot represent any inmates in Court — this is at the orders of U.S. District Judge Peter C. Dorsey — this case involves a denial of medical treatment Precipitated from a reckless, driving — unnecessary use of force December 18, 2000 in which left me with a serious shoulder injury in which i was denied medical treatment from December 18, 2000 — until January 5, 2001, due to my inadvertent Mistake all other claims were dismissed but the denial of medical treatment due to failure to exhaust Administrative remedies although i did exhaust Administrative remedies — I failed to point this out and that I had filed the lawsuit from the street, in which will be reversed on appeal following the disposition of this claim for denial of medical treatment — which was not dismissed by the Court Judge.

2

I am seeking an Attorney to Present my claims to the Court - Jury, as due to my hearing - Speech impairment it will be very difficult for me to hear the Jury and possibly for the Jury to understand what Im saying - also I am Presently incarcerated at Garner Correctional Inst. undergoing a Psychological evaluation and on Psychotic medication.

Im aware of the ILAP. New policy but Im uncertain if the U.S. District Courts Judges - Magistrates are and would like a letter to Present to Chief Judge Peter c. Dorsey regarding my request for Appointment of Counsel - Assistance - representation by I.L.A.P.

I do have a Prima Facie case to prove the denial of medical care by grievances - and a video cassette tape that was altered - destructed to prove the unnecessary and unreasonable excessive Force, and that i was never treated for my injury until January 5, 2001, I also intend, to call witnesses - Correctional officers and the Doctor who examined me on January 5, 2001, to show what my condition was at that time - if your office can assist me in further discovery - subpoening witnesses, I would be grateful for any assistance your office could give me.

Thank you
Respectfully
Sidney Wylen

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the office of the Attorney General to Assistant Attorney General Matthew Beizer, at 110 Sherman, Street, Hartford Conn. 06106, on this 7th day of July 2004

7 – 7th 2004
DATED

Sidney Wylie
SIDNEY WYLIE # 70606
Garner Correction Inst
P.O. Box 5500
NEWTOWN, Conn. 06470

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

7-6-04
_____
Date

_____
Original Signature of Movant

SIDNEY WYLIE
_____

Barner Correction Inst. P.O. Box 5500
_____

NEWTOWN, Conn. 06470
_____
Printed Name and Address of Movant

6

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Assistant Attorney General
Matthew Beizer
110 Sherman Street
Hartford, Conn. 06106, on this 7th day of July 2004

Original Signature of Movant

7

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the office of the Attorney General to Assistant Attorney General Matthew Beizer, at 110 Sherman, Street, Hartford Com. 06106, on this 7 day of July 2004

7-7th 2004

DATED

Sidney Wylie #70606
Garner Correction Inst
P.O. Box 5500
Newtown, Com. 06470