UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Aug 30  12 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SIDNEY WYLIE

v.

JOHN J. ARMSTRONG, et al.

PRISONER
Case No. 3:01CV137 (PCD)(JGM)

RULING AND ORDER

Plaintiff seeks appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. For the reasons set forth below, plaintiff's motion is denied without prejudice.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel. See, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F. 2d 170, 172 (2d Cir. 1989). The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

In his motion, plaintiff identifies several law firms that declined representation. Some of the letters indicate that plaintiff was seeking legal assistance in this case, but others reference defendants who are not named in this case. Plaintiff also states that an attorney from Inmates' Legal Assistance Program will not provide representation in court. Although plaintiff is correct, this case has not yet been scheduled for trial.

Inmates' Legal Assistance Program does provide legal assistance such as drafting and responding to motions. Plaintiff does not indicate how that assistance would be inadequate at this stage of litigation.

Accordingly, plaintiff's motion for appointment of counsel [**doc. #80**] is **DENIED** without prejudice. Any future motion for appointment of counsel shall indicate why the assistance available from Inmates' Legal Assistance Program is inadequate at this stage of litigation.

**SO ORDERED.**

Entered this 30th day of August, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE