**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SIDNEY WYLIE | : | PRISONER |
| | : | NO. 3:01CV137(PCD)(JGM) |
| VS. | : | |
| | : | |
| MICHAEL LAJOIE AND | : | |
| CHRISTINE WHIDDEN | : | AUGUST 31, 2004 |

**<u>APPEARANCE</u>**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my Appearance as counsel for the defendants, in regards to the above-

captioned case, in addition to the Appearance already on file.

Dated at Hartford, Connecticut, this 31st day of August, 2004.

DEFENDANTS,
Michael Lajoie and Christine Whidden

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Neil Parille
Assistant Attorney General
Fed. Bar No. 15278
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No. (860) 808-5591
E-mail:  neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid,

this 31st day of August, 2004, to:

Sidney Wylie
c/o Connecticut Valley Hospital
PO Box 351 Silver Street
Battell Hall North 4
Middletown, CT 06547


___/s/_____
Neil Parille
Assistant Attorney General