**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SIDNEY WYLIE | : | PRISONER |
| | : | NO. 3:01CV137(PCD)(JGM) |
| VS. | : | |
| | : | |
| MICHAEL LAJOIE AND | : | |
| CHRISTINE WHIDDEN | : | AUGUST 31, 2004 |

## THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c), the defendants move for summary judgment against the plaintiff's amended complaint ("complaint") dated March 7, 2003.   The plaintiff alleges in his complaint, brought pursuant to 42 U.S.C. § 1983, that the defendants, two non-medical employees of the Connecticut Department of Correction, were deliberately indifferent to the plaintiff's medical needs by failing to provide him with medical care from the period of December 18, 2000 through January 4, 2001.

The defendants assert that there are no material issues fact in dispute concerning the following:

1.      They were not deliberately indifferent to the plaintiff's serious medical needs.

2.      They are immune from suit in their official capacity.

3.      They are protected by the doctrine of qualified immunity because at all times they acted pursuant to a good faith belief that their actions were appropriate under the United States Constitution.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANTS,
Michael Lajoie and Christine Whidden

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:____/s/_____
      Neil Parille
      Assistant Attorney General
      Fed. Bar No. 15278
      110 Sherman Street
      Hartford, CT  06105
      Telephone No.:  (860) 808-5450
      Fax No. (860) 808-5591
      E-mail:  neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 31st day of August 2004, to:

Sidney Wylie
c/o Connecticut Valley Hospital
P.O. Box 351 Silver Street
Battell Hall North 4
Middletown, CT 06547


___/s/_____
Neil Parille
Assistant Attorney General

2