UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SIDNEY WYLIE | : | PRISONER |
| | : | NO. 3:01CV137(PCD)(JGM) |
| VS. | : | |
| | : | |
| MICHAEL LAJOIE AND | : | |
| CHRISTINE WHIDDEN | : | AUGUST 31, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **MICHAEL LAJOIE AND CHRISTINE WHIDDEN**, have manually filed the following documents:

A. Affidavit of Christine Whidden;
B. Affidavit of Michael P. Lajoie;
C. Affidavit of Patricia Wollenhaupt;
D. Affidavit of Terence Rose;
E. Medical Records;
F. Incident Report; and,
G. Disciplinary Report.

These documents have been filed electronically because:

[X]  The documents cannot be converted to an electronic format.
[ ]  The electronic file size of the document exceeds 1.5 megabytes.
[ ]  The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

>DEFENDANTS,
>Michael Lajoie and Christine Whidden
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY:__/s/_____
> Neil Parille
>Assistant Attorney General
>Federal Bar No. ct15278
>110 Sherman Street
>Hartford, CT  06105
>Telephone No. (860) 808-5450
>Fax No. (860) 808-5591
>neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 31st day of August, 2004 to:

Sidney Wylie
c/o Connecticut Valley Hospital
PO Box 351
Silver Street
Battell Hall North 4
Middletown, CT  06457

       /s/
Neil Parille
Assistant Attorney General