UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE, PLAINTIFF | 3:01CV137 (PCD)(JGM) |
| VS | |
| MICHAEL LAJOIE | |
| CHRISTINE WHIDDEN | |
| DEFENDANTS | SEPTEMBER 13, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff SIDNEY WYLIE, pursuant to the Federal Rules of Civil Procedure respectfully move this Court for an extension of time including until October 18, 2004. In support of this motion Plaintiff states:

1) He is presently confined at the Whiting Forensic Institution in Middletown, Conn. under going a Compentency evaluation as July 20, 2004, the Court New Haven Superior found the Plaintiff incompetent to assist in his defense.

2

2). The Connecticut Valley Hospital - DEPT. of Mental health service does not have Law Books such as Federal Report, or Federal Rules — any Law Books relating to Federal case Citations, and the Plaintiff need to do some legal researching and the D.H.M.S. does not have the proper tools to assist him in his opposition motion.

3). While at the Connecticut mental health C.V.H. the Plaintiff is under a treatment plan in which he is required to take psychotropic drug which makes him sedated — tired and to sucessfully reply to the defendants motion Plaintiff needs to be fully observent, also the necessary tools to help the plaintiff defeat the defendants motion for Summary Judgment include exhibits and a video cassette tape in which Plaintiff does not have at this moment it is at his sisters house.

4) Plaintiff is scheduled to return to Court on September 21, 2004, and at that time the Court will determine if the Plaintiff is to remain

3

incarcerated, remain at the Dept. of Mental Health, C.V.H. or will be release from custody and at that time the plaintiff can begin his researching and submitting his exhibits - opposition motion.

5). The extension of time is also necessary to give the plaintiff an opportunity to show their is genuine issuse of material fact and that the video tape was altered - destroyed by the defendants which would've prove the plaintiff was not treated by prison officials on December 18, 2000, as they are trying to make the court believe.

CONCLUSION

WHEREFORE: The plaintiff prays this court will grant his motion for an extension of time - including until October 18, 2004.

9-13-2004
DATED

Respectfully Submitted
*Sidney Wylie*
SIDNEY WYLIE
Whiting Forensic Inst
P.O. Box 70 O'Brien Drive
Middletown, Conn. 06457

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to Assistant Attorney General Neil Parille, at the office of Attorney General 110 Sherman Street, Hartford, Conn. on this 17th day of September 2004

11-14-2004
DATED

*Sidney Wylie*
SIDNEY WYLIE
Whiting Forensic Inst.
P.O. Box 70 O'Brien Dr.
Middletown, Conn. 06457