UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

Oct 5  3 07 PH '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

SIDNEY WYLIE

                                     PRISONER
v.                      CASE NO. 3:01cv137 (PCD) (JGM)

JOHN ARMSTRONG, et al.


### RULING AND ORDER

Plaintiff seeks an extension of time, until October 18, 2004, to respond to

defendants' motion for summary judgment.  Plaintiff's motion [**dkt. #85**] is **GRANTED**.

**SO ORDERED** this 5 day of October, 2004, at New Haven, Connecticut.

JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE