FILED
2004 OCT -7 P 4:22
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SIDNEY WYLIE, PLAINTIFF | 3:CV 01-137 (PCD) (JGM)

V

MICHAEL LAJOIE
CHRISTINE WHIDDEN

ET AL    DEFENDANTS | OCTOBER 6, 2004

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above caption action respectfully moves this court for an order granting him an extension of time until November 18, 2004, to reply to the defendant motion for summary judgment in support of this motion plaintiff states:

1). This is his 2nd request for an extension of time the plaintiff originally requested up until October 18, 2004, to respond to the defendants

2

motion for summary judgment, the plaintiff was unexpectedly sent back to the Department of Correction from court, he was originally at the Connecticut Valley hospital Whiting forensic Inst. in Middletown, Conn.

2). The plaintiff had to leave his legal material behind at Connecticut Valley hospital and it will take personell at the Connecticut Valley hospital between 3-4 weeks to deliver his personal property which includes his legal material pretaining to this case, this matter is not set for trial and the defendants will not be harmed by this request for an extension of time.

CONCLUSION

WHEREFORE the plaintiff prays this court will grant his request for an extension of time including until November 18, 2004, to reply to the defendants motion for summary judgment.