UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 NOV -9  P 2: 55

U.S. DISTRICT COURT
NEW HAVEN, CT

SIDNEY WYLIE

v.

JOHN ARMSTRONG, et al.

PRISONER
CASE NO. 3:01cv137 (PCD) (JGM)

## RULING AND ORDER

Plaintiff seeks an extension of time, until November 18, 2004, to respond to defendants' motion for summary judgment. Plaintiff's motion [**dkt. #87**] is **GRANTED**.

**SO ORDERED** this 9th day of November, 2004, at New Haven, Connecticut.

Peter C. Dorsey
United States District Judge