UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIDNEY WYLIE | |
| | PRISONER |
| v. | CIVIL NO. 3:01cv137 (PCD) |
| | |
| JOHN J. ARMSTRONG | |
| LARRY MYERS | |
| MICHAEL ZACHAREWICZ | |
| MAURICE BUTLER | |
| JOSEPH KNAPP | |
| CHRISTINE WHIDDEN | |
| WILCOX | |
| DARNAVILLE | |
| SERKOSKY | |
| STROZIER | |
| YOUNG | |
| GREEN | |
| TROMBLY | |
| OKORO | |
| ZUCCALO | |
| PAMELA SHEA | |
| PAT WOLLENHAUPT | |
| ED PRESANTE | |
| BRIAN MURPHY | |
| THOMAS COATES | |
| CORREA | |
| WILLIAM FANEUFF | |
| UNIVERSITY OF CONNECTICUT JOHN DEMPSEY MEDICAL CENTER | |
| MICHAEL LAJOIE | |
| MICHAEL REGAN | |
| ANDREA KNOTTS | |
| LYONS | |
| CORRECTIONAL OFFICER | |
| CORRECTIONAL OFFICER | |
| CORRECTIONAL OFFICER | |
| BADEAU | |
| GOODHALL | |

NORWOOD
RODALAKIS
SARJU
JANE DOE
JOHN DOE
JOHN ROWLAND
FRED LEVESQUE
CT DEPARTMENT OF CORRECTIONS

J U D G M E N T

This cause came on for consideration on the defendant's motion for summary judgment before the Honorable Peter C. Dorsey, United States District Judge.

On May 13, 2002, the Court filed its Ruling and Order granting defendants' motion to dismiss as to all claims against defendants Armstrong, Levesque, Murphy, Myers, Coates, Zacharewicz, Regan, Knotts, Faneuff, Butler, Knapp, Darnaville, Serkosky, Green, Young, Wilcox, Strozier, Zuccolo, Correa, Trombley, Lyons, Tirone (Correctional Officer), Seaver (Correctional Officer), Kuhlman (Correctional Officer), Badeau, Goodhall, Norwood, Okoro, Rodalakis, Sarju, John Doe #1, John Doe #2, Wollenhaupt, Shea, John Dempsey Medical Center, Pesante and Rowland, and all state law claims.

The Court has considered the motion for summary judgment and all the related papers. On February 1, 2004, the Court filed its Ruling and Order granting defendants' motion as to all remaining claims and ordering the Clerk to enter judgment and close the case.

Therefore it is **ORDERED** and **ADJUDGED** that summary judgment is entered

in favor of the defendants and the case is closed.

    Dated at Bridgeport, Connecticut this 3rd day of February, 2005.

                                        KEVIN F. ROWE, Clerk

                                        By  /s/ Donna P. Thomas
                                             Donna P. Thomas
                                             Deputy Clerk

Entered on the Docket _____